CRYSTAL ROSE WILLIAMS
120 KINGS RIDGE DRIVE
BRANDON, MS 39047

BANK OF AMERICA
P.O. BOX 660687
DALLAS, TX 75266-0687

CHASE CARD SERVICE
P.O. BOX 15298
WILMINGTON, DE 19850

R. MICHAEL BOLEN MISS. BAR
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 HIGHWAY 80 WEST
JACKSON, MS 39209

BANK OF AMERICA
P.O. BOX 22033
GREENSBORO, NC 27420

CHASE CARD SERVICES
CORRESP. DEPT.
PO BOX 15278
WILMINGTON, DE 19850

1ST FRANKLIN FINANCIAL
135 E TUGALO STREET
TOCCOA, GA 30577

BARCLAYS BANK DELAWARE
100 S WEST ST
WILMINGTON, DE 19801

CHASE CARDSERVICE
P.O. BOX 94014
PALATINE, IL 60094-4014

1ST FRANKLIN FINANCIAL
P.O. BOX 54147
PEARL, MS 39288

BARCLAYS BANK DELAWARE
P. O. BOX 8803
WILMINGTON, DE 19899

CHASE STUDENT LOAN
P. O. BOX 7013
INDIANAPOLIS, IN 46207

1ST FRANKLIN FINANCIAL
4824 HIGHWAY 18
JACKSON, MS 39204

CAPITAL ONE
GEN. CORR./BANKRUPTCY
P. O. BOX 30285
SALT LAKE CITY, UT 84130

CITI BANK
P.O. BOX 6531
THE LAKES, NV 88901-653

ACS EDUCATION SERVICES
P. O. BOX 7052
UTICA, NY 13504

CAPITAL ONE
P.O. BOX 85015
RICHMOND, VA 23285-5015

CITI BANK
8665 BAYPINE RD,
SUITE 200
JACKSONVILLE, FL 32256

AMERICAN EXPRESS
P.O. BOX 7863
FORT LAUDERDA, FL 33329-7863

CAPITAL ONE
P.O. BOX 650007
DALLAS, TX 75265-0007

CITI CARDS
CUSTOMER SERVICE
P.O. BOX 6500
SIOUX FALLS, SD 57117

AMERICAN EXPRESS
P.O. BOX 5297
FORT LAUDERDA, FL 33310-5207

CHASE
P.O. BOX 15298
WILMINGTON, DE 19850-5299

CITI CARDS
P. O. BOX 183113
COLUMBUS, OH 43218-3113

AMEX
CORRESPONDENCE
P. O. BOX 981540
EL PASO, TX 79998

CHASE
P.O. BOX 901076
FORT WORTH, TX 76101-2076

CITIBANK/GOODYEAR
CENTRAL BANKRUPTCY
P. O. BOX 790040
ST. LOUIS, MO 63129

```
CITIBANK/HOME DEPOT          HUNTINGTON NATL BK          REPUBLIC FINANCE
CENTRALIZED BANKRUPTCY       ATTN: BANKRUPTCY            SUITE B
P. O. BOX 790040             P. O BOX 340996             6954 OLD CANTON RD
ST. LOUIS, MO 63129          COLUMBUS, OH 43234          RIDGELAND, MS 39157


CREDIT FIRST N.A.            IRS                         REPUBLIC FINANCE
P.O. BOX 81344               P. O. BOX 7346              P.O. BOX 5866
CLEVELAND, OH 44188-0344     PHILADELPHIA, PA 19101-7346 PEARL, MS 39288


CREDIT FIRST NAT ASSOC       IRS                         REPUBLIC FINANCE
BANK CREDIT OPERATIONS       SUITE 504                   P.O. BOX 2002
P. O. BOX 81315              100 W. CAPITOL STREET       RIDGELAND, MS 39158
CLEVELAND, OH 44181          JACKSON, MS 39201


CREDIT FIRST NAT. ASS.       MISS. DOR                   REPUBLIC FINANCE
P.O. BOX 81083               P. O. BOX 22808             3181 HIHGWAY 80 E.
CLEVELAND, OH 44181-0083     BANKRUPTCY SECTION          PEARL, MS 39208-3503
                             JACKSON, MS 39225


DEPT OF ED/NAVIENT           NAVIENT                     RFFC FINANCIAL LLC
ATTN: CLAIMS DEPT            P. O. BOX 9500              2912 WEST DAVIS STREET
P.O. BOX 9635                WILKES-BARR, PA 18773       CONROE, TX 77304
WILKES BARR, PA 18773


GS BANK USA                  NUVELL                      SUNNY RUSSEL
P. O. BOX 45400              P.O. BOX 242627             1007 LAKE DRIVE
SALT LAKE CITY, UT 84145     LITTLE ROCK, AR 72223       RAYMOND, MS 39154


GS SERV. LIMITED             NUVELL                      SYNCB/CARE CREDIT
6330 GULFTON                 P.O. BOX 2365               P. O. BOX 965036
HOUSTON, TX 77081            MEMPHIS, TN 38101-2365      ORLANDO, FL 32896


HC PROCESSING CENTER         NUVELL CREDIT COMPANY       SYNCB/J C PENNY
P. O. BOX 829                200 RENAISSANCE CTR         P. O. BOX 965007
SPRINGDALE, AR 72765         DETROIT, MI 48243           ORLANDO, FL 32896


HUNTINGTON NAT. BANK         NUVELL FINANCIAL            SYNCB/LOWES
37 WEST BROAD STREET         17500 CHENAL PKWY           P. O. BOX 965005
COLUMBUS, OH 43215           STE. 20                     ORLANDO, FL 32896
                             LITTLE ROCK, AR 72223
```

```
SYNCB/TJX                      U S ATTORNEY/DOE
P. O. BOX 965005               SUITE 4.430
ORLANDO, FL 32896              501 EAST COURT ST.
                               JACKSON, MS 39201


SYNCH/JC PENNEYS               U S ATTORNEY/IRS
BANKRUPTCY                     SUITE 4.430
P. O. BOX 965060               501 EAST COURT ST.
ORLANDO, FL 32896              JACKSON, MS 39201


SYNCHRONY BANK
BANKRUPTCY
P. O BOX 103104
ROSWELL, GA 30076


SYNCHRONY BANK/AMAZON
BANKRUPTCY
P. O. BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK/LOWES
BANKRUPTCY
P. O. BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK/LOWES
BANKRUPTCY
P. O BOX 103104
ROSWELL, GA 30076


SYNCHRONY BANK/TJX
BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


TOWER LOAN
BANKRUPTCY
406 LIBERTY PARK COURT
FLOWOOD, MS 39232


TOWER LOAN
P.O. BOX 320001
FLOWOOD, MS 39232
```